FILED ___ ENTERED
___ LOGGED ___ RECEIVED

OCT 0 1 2012

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

RDB-12-2915

To whom this may concern,

First and foremost please understand that I am in need of immediate assistance as well am asking to please be removed from the North Branch Correctional Institution (N.B.C.I) where I'm currently now being housed which also I'm ready to explain why.

Approximately on 7/14/12 during a cell-extraction (which has its proper protocol that is to be followed pertaining to "use of force") I was not only physically assaulted but moreso was "severly beaten" by N.B.C.I correctional officers (C.O) at which time lead to "loss of feeling left thumb, left pinky both being numb, left hand torn tendon, swollen left wrist, swelling, brusies from my face to my neck down (both eyes swollen), severe pain, and more importantly was "severe choked" which lead to me fainting due to lack of oxygen.

I recieved all sorts of punches, knees, and kicks to my face and body while "safely secured handcuffed behind my back", I as well had my face slammed repeatedly against my cell floor. Note: "I recieved this same cruel and unusual punishment treatment from the time I left my cell, to medical, to the property room (where I was stripped searched) to the showers, and final to an unsanitary condemmed cell where there was no mattress nor a sprinkler forcing me to sleep on a steal frame which I slept on for 3 days; I

also was denied certain meals.

Now respectfully being said to whom ever this notation may concern, I have yet to recieve a response from "101 W. Lombard St" concerning this complaint which truthfully I wrote on numerous occaisions.

So once again, if needed I have all information and documentation needed pretaining to this matter such as: Times, Dates, names, medical records, camera Footage, witnesses, Etc meaning anything I state I can prove based on Facts and Facts only. Also when sending me mail please send it "certified mail" or I will not recieve it. "My leagal mail" (which also can be Proven based on Facts) has been forwarded by other inmates (My old cell buddy "Lamont Johnson #351-249" being one of them) already. Factually speaking all the above is a "Federal offense" therefore as I stated before I'm in need of immeadiate assistance. Please note for the record all "ARP's remidies" were File unfortunately I recieved no response.

respectfully submitted
Jeremiah McCall #366667
N.B.C.I
14100 McMullen Hwy SW
Cumberland MD 21502